1014

In the Matter of SHEILA O'LEARY ZAKRE, an Attorney, Resignor. [679 NYS2d 858] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Oct. 13, 1998.)

THE PEOPLE OF THE STATE OF NEW YORK v NUSHAWN WILLIAMS, Defendant. [679 NYS2d 924] —Motion for change of venue denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Chautauqua County (CPL 230.20 [2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in this application is premature (*see, People v Scott*, 197 AD2d 936; *see also, People v DiPiazza*, 24 NY2d 342; *People v Jacobsen*, 170 AD2d 1043). Present— Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ.